# UNITED STATES DISTRICT COURT
for the

Western District of Missouri

| | |
|---|---|
| In the Matter of the Search of )<br>*(Briefly describe the property to be searched* )<br>*or identify the person by name and address)* )<br>)<br>Information associated with GoDaddy, Inc. accounts )<br>as listed in Attachment A )<br>) | Case No.  19-3058-SW-WJE |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of     Arizona
*(identify the person or describe the property to be searched and give its location)*:

Information associated with GoDaddy, Inc. accounts as listed in Attachment A, stored at premises controlled by GoDaddy, Inc., which is headquartered at 14455 N. Hayden Road, Suite 219, Scottsdale, Arizona 85260.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before     7/16/2019     *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.     ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     Willie J. Epps, Jr.    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

☑ Warrant issued in person.
☐ Warrant issued by telephone or other reliable electronic means.

Date and time issued:     7/3/2019 10:34 am            *Judge's signature*

City and state:     Jefferson City, Missouri         Willie J. Epps, Jr., United States Magistrate Judge
                                                   *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 19-3058-SW-WJE | Date and time warrant executed: 7/9/2019 11:29 AM | Copy of warrant and inventory left with: N/A |
|---|---|---|

Inventory made in the presence of:
N/A

Inventory of the property taken and name of any person(s) seized:

THIS WARRANT WAS SERVED VIA EMAIL TO GODADDY, INC. THEIR LEGAL DEPARTMENT SUBSEQUENTLY ADVISED THAT THE CORRECT ENTITY FOR SERVICE IS GODADDY.COM, LLC., AS GODADDY, INC. WAS FORMED FOR THE PURPOSE OF TRADING ON THE NEW YORK STOCK EXCHANGE AND DOES NOT CONDUCT ANY BUSINESS.

NO EVIDENCE WAS SEIZED PURSUANT TO THIS WARRANT.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/12/2019

*Executing officer's signature*

CHARLES A. BARNES - SPECIAL AGENT
*Printed name and title*

PRINT  SAVE AS  RESET